ORIGINAL

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, Pa 17887
December 13, 2000

FILED
HARRISBURG, PA

DEC 18 2000

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

To: The Honorable Yvette Kane
United States District Judge
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

Re: 1:00-cv-01780
<u>Tucker v. Bureau of Prisons</u>

Dear Judge Kane,

    I am the petitioner in the above-captioned case and have filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, on September 25, 2000. It has been nearly three(3) months and I have not received anything from the court other than a letter informing me of the docket number and the assignment of your honor.

    The reason I am writing this letter is to inform the court that the issues that I presented in my petition specifically deals with the subject of jail credit, which, if it is determined that I am correct in my claims, will lead to this petitioner being released (according to my calculations) as early as next year.

    I am proceeding pro se, and in no way am I claiming to be an adept at law. However, it is my understanding that 28 U.S.C. §2243 governs the issuance of the writ of habeas corpus, the return, hearing and decision. 28 U.S.C. §2243 states, inter alia, that:

" A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted...". Furthermore, "The writ or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days is allowed.

(2)

I have not been made aware of any reasons for the delay in this case. I pray that this matter can move forward as time is of the essence. I thank you for your time and consideration.

> Respectfully Submitted,
> Ronald Tucker, Petitioner
>
> *Ronald Tucker*