ORIGINAL

⑤
1-16-01

FILED
HARRISBURG

JAN 1 2 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Ronald Tucker 39032-0[
F.C.I. Allenwood
P.O. Box 2000
White Deer, Pa 17887
January 9, 2001

Clerk of the Court
United States District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

Re: Tucker v. Bureau of Prisons
1: 00-cv-01780

Dear Clerk,

　　　On December 13, 2000, I wrote a letter to Judge Yvette Kane. (attached hereto) As per the instructions that was sent to me in a letter dated October 11, 2000, I addressed my letter to the Clerk's office in Harrisburg, Pa.

　　　Yesterday, my Fiance called the Harrisburg's Clerk's office and was told that the letter was forwarded to Scranton. It is my understanding that the assigned Judge in this matter is Judge Yvette Kane, and I am supposed to "file all proceedings with the clerk's office in which the assigned Judge is located. I don;t understand why my letter was sent to Scranton because I was informed that the clerk's office for Judge Yvette Kane is 228 Walnut Street, P.O. Box 983 in Harrisburg,

　　　It will be greatly appreciated if you can assist me in finding out exactly where I am to send my pleadings. I thank you for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　Ronald Tucker
　　　　　　　　　　　　　　　　　　　　Petitioner-Pro Se

　　　　　　　　　　　　　　　　　　　　*Ronald Tucker* (signature)