

**MARY E. D'ANDREA**
*Clerk of Court*

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

January 11, 2001

Mr. Ronald Tucker
#39032-053
FCI-Allenwood
P.O. Box 2000
White Deer, PA 17887

FILED
JAN 12 2001
DEPUTY CLERK

    Re:  <u>Tucker v. Bureau of Prisons, et al.</u>,
         Civil No. 1:CV-00-1780 (Judge Kane)

Dear Mr. Tucker:

    In response to your letter of December 18, 2000, please be advised that the court is presently concluding an initial review of your petition.

                              Sincerely,

                              James P. Van Wie, Esquire
                              Pro Se Law Clerk

JPVW:laf