**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA  18501-1148*

*(570) 207-5600  FAX (570) 207-5650*
*e-mail address: www.pamd.uscourts.gov*

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg:*     *(717) 221-3920*
*Williamsport:*   *(570) 323-6380*

COPY

January 22, 2001

FILED
SCRANTON

JAN 2 2 2001

PER _____ DEPUTY CLERK

Mr. Ronald Tucker
#39032-053
FCI-Allenwood
P.O. Box 2000
White Deer, PA 17887

Re:     Tucker v. Bureau of Prisons, Civil No. 1:CV-00-1780   (Judge Kane)

Dear Mr. Tucker:

I am writing in response to your letter of January 12, 2001 and your inquiry as to where you should mail your pleadings in the case referenced above.  Please be advised that your submissions may be filed in the Scranton, Harrisburg or Williamsport offices of the Middle District of Pennsylvania.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf