*See Attached* ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 27 2001
MARY E. D'ANDREA, CLERK
Per ____

RONALD TUCKER,              :
                            :
        Petitioner          :
                            :
    v.                      :   CIVIL NO. 1:CV-00-1780
                            :
MICHAEL ZENK, ET AL.,       :   (Judge Kane)
                            :
        Respondents         :

### ORDER

NOW, THIS 17th DAY OF FEBRUARY, 2001, upon consideration of Respondents' motion for an enlargement of time in which to file a response to this petition for writ of habeas corpus, said motion (Doc. 9) is hereby granted. Respondents are granted an enlargement of time until March 2, 2001 in which to file a response.

_____
YVETTE KANE
United States District Judge

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 27, 2001

Re: 1:00-cv-01780    Tucker v. Bureau of Prisons

True and correct copies of the attached were mailed by the clerk to the following:

```
Ronald Tucker
FCI-ALLENWOOD
3932-053
P.O. Box 2000
White Deer, PA  17887

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108
```

```
cc:
Judge                          (✓)       (✓) Pro Se Law Clerk
Magistrate Judge               ( )       ( ) INS
U.S. Marshal                   ( )       ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen ( )
                                       DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 2/27/01                                         BY: _____
                                                           Deputy Clerk