**FILED**
HARRISBURG, PA

MAR 0 5 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Ronald Tucker 39032-0
F.C.I. Allenwood
P.O. Box 2000
White Deer, Pa 17887
March 1, 2001

Honorable Judge Yvette Kane
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, Pa 17108

Tucker V. Zenk, et al
Civil No. 1:CV-00-1780

Dear Judge Kane,

  I am writing this letter to inform you that I am currently being held in Segregation Housing Unit, pending an investigation of an alleged violation of B.O.P. rules to which I am unsure of the charges against me. Nevertheless, I am in receipt, as of yesterday February 28, 2001, of an Order, granting the Respondents an enlargement of time with which to file a response to Petitioner's motion.

  Your Honor, I do not have access to the appropriate legal materials while I am being held in segregation. It is my understanding that after the Respondents respond, the Petitioner will be allowed to answer. I am told that an "investigation" can take up to ninety(90) days before it is complete. Because of my present predicament and the fact that I do not have legal materials readily accessible to me, I am asking that the Court please allow me whatever extension that is necessary to properly answer the Respondents response.

  I thank you for your time and understanding.

Respectfully,
Ronald Tucker

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
S.H.U. (ZA)

LEGAL MAIL

To: Honorable Judge Yvette Kane
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108




LEGAL MAIL