**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148



MARY E. D'ANDREA
Clerk of Court

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

March 12, 2001

**FILED SCRANTON**
**MAR 13 2001**
PER _____ DEPUTY CLERK

Mr. Ronald Tucker
#39032-053
FCI-Allenwood
P.O. Box 2000
White Deer, PA 17887

Re:  Tucker v. Bureau of Prisons, Civil No. 1:CV-00-1780  (Judge Kane)

Dear Mr. Tucker:

In response to your recent letter (Doc. 4), please be advised that service of your petition was ordered on January 31, 2001. After being granted an enlargement of time, the Respondents filed a response to your petition for writ of habeas corpus on March 2, 2001.

Sincerely,

James P. Van Wie, Esquire
Pro Se Law Clerk

JPVW:laf