*seal*

(17)
4-9-01
sc

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TUCKER,                          :
                                        :
        Petitioner                      :
                                        :
    v.                                  :   CIVIL NO. 1:CV-00-1780
                                        :
MICHAEL ZENK, ET AL.,                   :   (Judge Kane)
                                        :
        Respondents                     :

**FILED**
**HARRISBURG, PA**

APR - 6 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

ORDER

By order dated March 12, 2001, Petitioner was granted an enlargement of time to April 13, 2001 in which to file a reply memorandum in support of his habeas corpus petition. Consequently, Petitioner's subsequent motion (Doc. 16) seeking a six (6) day enlargement of time in which to file a reply will be denied as moot.

/s/ Yvette Kane
_____
YVETTE KANE
United States District Judge

DATED: ~~MARCH~~ 6 April 2001

YK:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 6, 2001

Re: 1:00-cv-01780    Tucker v. Bureau of Prisons

True and correct copies of the attached were mailed by the clerk to the following:

Ronald Tucker
FCI-ALLENWOOD
3932-053
P.O. Box 2000
White Deer, PA  17887

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                        (✓)              ( ) Pro Se Law Clerk
Magistrate Judge             ( )              ( ) INS
U.S. Marshal                 ( )              ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen    ( )   PA Atty Gen ( )
                                     DA of County   ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: 4/6/01                              BY: _____
                                               Deputy Clerk