

```
                                        Ronald Tucker 39032-05
                                        F.C.I. Allenwood
                                        P.O. Box 2000
                                        White Deer, Pa 17887
                                        October 4, 2001
```

Clerk of the Court for the
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
Harrisburg, Pa 17108                Re: 1:00-CV-01780
                                        Tucker v. Bureau of Prisons, et a
                                        ( Judge Yvette Kane)

Dear Clerk,

I write this letter as an inquiry into the status of the above captioned case. The issues that I presented in my habeas corpus petition are of an urgent matter and specifically deals with the granting of jail credit toward my federal sentence.

If it is ascertained that I am correct in my claims, then it is possible for me to be released from my federal sentence as early as February of next year. I have been waiting for a decision from the court for several months now.

I replied to the "Respondent's Response" on April 9, 2001, and since this time I have heard nothing from the court. I respectfully ask that you look into this matter and please inform me of what is happening with regards to my case. Also, could you please send me an updated docket sheet for this case.

I thank you very much for any and all assistance you may afford me.

Sincerely,
Ronald Tucker, Petitioner

*Ronald Tucker*