**JUDGE'S COPY**

Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis

United States District Court for the _____ of _____

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

In Re: Ronald Tucker,
       Petitioner

v.                                          D.C. Case No. _____

   Michael Zenk, et al                      Third Cir. No. _____
      Respondents

The Honorable Yvette Kane                   In Relation to Civ. Dock. No.
United States District Judge
Middle District of Pa,                           1:CV-00-1780
       Nominal-Respondent

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: *Ronald Tucker*

**Instructions**

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

Date: *May 21, 2002*

---

**My issues on Appeal are:**

Petition for a Writ of Mandamus pursuant to 28 U.S.C. §1651. Requesting the Third Circuit Court of Appeals to compel the Nominal Respondent to decide the petitioner's case forthwith, as he has been subject to undue delay in the deciding of his §2241 habeas corpus petition.

FILED
HARRISBURG, PA
MAY 23 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | Your Spouse |
| Employment | $ *See attached* | $ N/A |
| Self-Employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interest and Dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |
| Public Assistance (such as welfare) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly income | $ *See attached* | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| B.O.P. YOUTH PRGM. | P.O. BOX 2000 WHITE DEER, PA | APR.2002-PRESENT | $48.00 |
| B.O.P. REC. ORDERLY | (SAME) | MAR.2001-MAR.2002 | $7.25 |
| B.O.P. INMATE PHOTOGRAPHER | (SAME) | DEC.1996-FEB.2001 | $25.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 59.63

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| SOVEREIGN BANK | SAVINGS | $1,467.11 | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle # 1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | | |
| N/A | | N/A | | Make & year: N/A | N/A |
| N/A | | N/A | | Model: N/A | N/A |
| | | | | | N/A |
| | | | | Registration #: | N/A |

| Motor Vehicle # 2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| | | N/A | N/A | N/A | N/A |
| Make & year: N/A | | N/A | N/A | N/A | N/A |
| Model: N/A | | N/A | N/A | N/A | N/A |
| N/A | | | | | |
| Registration #: N/A | | | | | |
| N/A | | | | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) | $ N/A | $ N/A |
|   Are real estate taxed included?<br>  ☐ yes ☐ no | N/A | |
|   Is property insurance included?<br>  ☐ yes ☐ no | N/A | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowners or renters | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments)(specify): N/A   N/A | $ N/A | $ N/A |

5

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ N/A | $ N/A |
| Credit Card (name): N/A __N/A__ | $ N/A | $ N/A |
| Department Store (name): N/A __N/A__ | $ N/A | $ N/A |
| Other: __N/A__ __N/A__ | $ N/A | $ N/A |
| Alimony, maintenance and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): __N/A__ | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

      ☐ Yes    ☒ No    If yes, describe on an attached sheet.

10. Have you paid __N/A__ Or will you be paying __N/A__ an attorney any money for services in connection with this case, including the completion of this form?

      ☐ Yes    ☒ No    If yes, how much? $ __N/A__

If yes state the attorney's name, address and telephone number:

    N/A

    N/A

    N/A

6

11. Have you paid  N/A Or will you be paying  N/A anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes  ☒ No  If yes, how much? $ ___N/A___

If yes state the person's name, address and telephone number:

___N/A_____

___N/A_____

___N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I don't believe I am required to meet the fee requirements under Pl
  I have been incarcerated for nearly twelve (12) years.
I have no steady income with the exception of what my family
may send me from time to time. Although I do have a savings account,
I do not have access to withdraw any funds from this account
until I am released from prison."The PLRA distinguishes between
criminal and civil actions, and requires federal courts to collect
filing fees only in the latter cases, where "a prisoner brings
a civil action or files an appeal. Yet a writ of mandamus is
by its very nature outside the ambit of this taxonomy." Please
See Madden v. Myers, 102 F.3d 74,76 (3rd Cir. 1996)

13. State the address of your legal residence.

 ___F.C.I. Allenwood_____

 ___P.O. Box 2000, White Deer, Pa 17887_____

Your daytime telephone number: (___) _____N/A_____

Your age: ___33_____ Your years of Schooling: ___G.E.D.___

Your social security number: ___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_____

Rev: 3-23-99

## CERTIFICATE OF SERVICE

I certify that on _May 21, 2002_, I mailed a copy of the the attached Affidavit and accompanying Motion for Permission to Appeal in Forma Pauperis, via first class mail to the following addresses listed below:

United States Court of Appeals
for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(original and three(3) copies)

Kate L. Mershimer, A.U.S.A.
U.S. Attorney's Office
Room 217, Federal Bldg.
228 Walnut Street
Harrisburg, PA 17108
    (one copy)

Clerk of the Court for the
Middle District of Pennsylvania
The Honorable Judge Kane
United States Courthouse
228 Walnut Street
Harrisburg, PA 17108

I certify that this document was given to prison officials on _May 21, 2002_ for forwarding to the Court of Appeals.

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C.§1746

/s/ _Ronald Tucker_

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

Dated: _May 21, 2002_

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:** You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution. The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.**

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_ED McColl_
Authorized Officer of Institution
Acct. Tech.

(Rev. 5/00).

Inmate Name: __Tucker, Ronald__   Reg. No.: __39032-053__

Date Rec'd in Fin. Mgt.: __5/16__   Certified by: __E.D. McCollu__

Calculations (Attach FPPOS Statement(s).

| Month | Total Monthly Deposit Amount | Ending Monthly Balance Amount |
|---|---|---|
| November | 57.76 | 16.69 |
| December | 133.64 | 31.13 |
| January | 407.20 | 11.83 |
| February | 257.92 | 56.05 |
| March | 207.92 | 186.12 |
| April | 77.76 | 73.33 |
| TOTAL: | 1142.20 | 375.15 |
| Average 6 month balance (divide by six) | 190.37 | 62.53 |

Date completed and forwarded to the inmate: _____

```
                         ACCOUNT
                         STATEMENT
FCI ALLENWOOD*LIMITED OFFICIAL USE       DATE 05/16/02
P. O. BOX 2500                           PAGE No.01
WHITE DEER, PA 17887
717-547-7950


                                         Account # 39032053


        TUCKER, RONALD NMI
        3A
```

| BEGINNING BALANCE | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 246.06 | .00 | .00 | .00 | | 246.06 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 3014AE | 21:46 | 10-01-01 | DEPOSIT ITS FUNDS | 10.00- | 236.06 |
| 301DD9 | 17:02 | 10-02-01 | DEPOSIT ITS FUNDS | 15.00- | 221.06 |
| 000036 | 11:49 | 10-03-01 | SALE / REGULAR | 56.25- | 164.81 |
| 30651A | 8:17 | 10-06-01 | DEPOSIT ITS FUNDS | 14.00- | 150.81 |
| SEP01P | 9:19 | 10-09-01 | PERFORMANCE PAY | 7.92 | 158.73 |
| P-2094 | 12:37 | 10-11-01 | COMMISSARY FORM | 110.00- | 48.73 |
| 313238 | 19:37 | 10-16-01 | DEPOSIT ITS FUNDS | 3.00- | 45.73 |
| T01259 | 12:37 | 10-22-01 | MONEY ORDER | 50.00 | 95.73 |
| 000039 | 11:04 | 10-24-01 | SALE / REGULAR | 22.40- | 73.33 |
| T01540 | 14:01 | 10-29-01 | MONEY ORDER | 50.00 | 123.33 |
| 31FF7C | 16:46 | 10-31-01 | DEPOSIT ITS FUNDS | 3.00- | 120.33 |
| 000075 | 17:43 | 10-31-01 | SALE / REGULAR | 17.75- | 102.58 |
| 321AD7 | 21:59 | 11-01-01 | DEPOSIT ITS FUNDS | 10.00- | 92.58 |
| 321DE2 | 23:09 | 11-01-01 | DEPOSIT ITS FUNDS | 2.00+ | 90.58 |
| 326863 | 21:42 | 11-05-01 | DEPOSIT ITS FUNDS | 5.00- | 85.58 |
| 329219 | 21:51 | 11-07-01 | DEPOSIT ITS FUNDS | 5.00- | 80.58 |
| 32A032 | 18:59 | 11-08-01 | DEPOSIT ITS FUNDS | 10.00- | 70.58 |
| OCT01P | 10:26 | 11-09-01 | PERFORMANCE PAY | 7.56 | 78.14 |
| 3310D7 | 23:09 | 11-12-01 | DEPOSIT ITS FUNDS | 5.00- | 73.14 |
| 000053 | 12:22 | 11-14-01 | SALE / REGULAR | 52.75- | 20.39 |
| 336B76 | 23:26 | 11-17-01 | DEPOSIT ITS FUNDS | 5.00- | 15.39 |
| T02750 | 14:29 | 11-19-01 | MONEY ORDER | 50.00 | 65.39 |
| 000037 | 12:01 | 11-20-01 | SALE / REGULAR | 48.70- | 16.69 |
| 347573 | 22:05 | 12-01-01 | DEPOSIT ITS FUNDS | 6.00- | 10.69 |
| 34941D | 17:08 | 12-03-01 | DEPOSIT ITS FUNDS | 5.00- | 5.69 |
| 349DAC | 22:07 | 12-03-01 | DEPOSIT ITS FUNDS | 5.00- | .69 |
| NOV01P | 7:07 | 12-05-01 | PERFORMANCE PAY | 8.64 | 9.33 |
| 350FF2 | 23:17 | 12-08-01 | DEPOSIT ITS FUNDS | 9.00- | .33 |
| T04330 | 13:46 | 12-14-01 | MONEY ORDER | 75.00 | 75.33 |
| 3588F6 | 16:18 | 12-15-01 | DEPOSIT ITS FUNDS | 5.00- | 70.33 |
| 359331 | 23:05 | 12-15-01 | DEPOSIT ITS FUNDS | 10.00- | 60.33 |
| 000030 | 11:52 | 12-19-01 | SALE / REGULAR | 38.65- | 21.68 |
| 362F2C | 21:54 | 12-24-01 | DEPOSIT ITS FUNDS | 3.00- | 18.68 |
| T05439 | 12:55 | 12-27-01 | MONEY ORDER | 50.00 | 68.68 |
| 000069 | 17:12 | 12-31-01 | SALE / REGULAR | 37.55- | 31.13 |
| 36AB0A | 16:51 | 01-01-02 | DEPOSIT ITS FUNDS | 11.00- | 20.13 |
| 36C137 | 17:04 | 01-02-02 | DEPOSIT ITS FUNDS | 10.00- | 10.13 |
| 36CB54 | 22:10 | 01-02-02 | DEPOSIT ITS FUNDS | 10.00- | .13 |
| DEC02P | 10:24 | 01-09-02 | PERFORMANCE PAY | 7.20 | 7.33 |
| T06284 | 12:29 | 01-10-02 | MONEY ORDER | 50.00 | 57.33 |
| T06285 | 12:30 | 01-10-02 | MONEY ORDER | 100.00 | 157.33 |

```
                    ACCOUNT
                   STATEMENT
     FCI ALLENWOOD*LIMITED OFFICIAL USE        DATE 05/16/02
     P. O. BOX 2500                            PAGE No. 02
     WHITE DEER, PA 17887
     717-547-7950


                                               Account # 39032053

           TUCKER, RONALD NMI
           3A
```

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  | BALANCE |
|---------|-------|----------|-------------------------|---------|---------|
| T06286  | 12:30 | 01-10-02 | MONEY ORDER             | 100.00  | 257.33  |
| 000096  | 17:29 | 01-10-02 | SALE / REGULAR          | 42.85-  | 214.48  |
| 3770C0  | 22:49 | 01-10-02 | DEPOSIT ITS FUNDS       | 14.00-  | 200.48  |
| T06318  | 13:12 | 01-11-02 | MONEY ORDER             | 50.00   | 250.48  |
| 000051  | 17:04 | 01-17-02 | SALE / REGULAR          | 12.60-  | 237.88  |
| 3843F9  | 22:44 | 01-22-02 | DEPOSIT ITS FUNDS       | 2.00-   | 235.88  |
| T06987  | 12:51 | 01-24-02 | MONEY ORDER             | 100.00  | 335.88  |
| 000117  | 17:42 | 01-24-02 | SALE / REGULAR          | 26.05-  | 309.83  |
| 385836  | 18:18 | 01-24-02 | DEPOSIT ITS FUNDS       | 38.00-  | 271.83  |
| P-2939  | 9:14  | 01-25-02 | COMMISSARY FORM         | 150.00- | 121.83  |
| P-2943  | 9:16  | 01-25-02 | COMMISSARY FORM         | 75.00-  | 46.83   |
| 000018  | 10:59 | 01-31-02 | SALE / REGULAR          | 35.00-  | 11.83   |
| JAN02P  | 8:15  | 02-06-02 | PERFORMANCE PAY         | 7.92    | 19.75   |
| 000115  | 19:24 | 02-07-02 | SALE / REGULAR          | 18.20-  | 1.55    |
| 39BC62  | 17:00 | 02-13-02 | DEPOSIT ITS FUNDS       | 1.00-   | .55     |
| T08216  | 12:55 | 02-14-02 | MONEY ORDER             | 50.00   | 50.55   |
| 000078  | 17:36 | 02-14-02 | SALE / REGULAR          | 33.10-  | 17.45   |
| 39DB4C  | 22:25 | 02-14-02 | DEPOSIT ITS FUNDS       | 7.00-   | 10.45   |
| 000110  | 17:55 | 02-21-02 | SALE / REGULAR          | 10.40-  | .05     |
| T08714  | 12:37 | 02-25-02 | MONEY ORDER             | 50.00   | 50.05   |
| T08902  | 11:49 | 02-27-02 | MONEY ORDER             | 150.00  | 200.05  |
| 000054  | 11:54 | 02-28-02 | SALE / REGULAR          | 122.00- | 78.05   |
| 3AA465  | 21:30 | 02-28-02 | DEPOSIT ITS FUNDS       | 22.00-  | 56.05   |
| 3ABB6E  | 22:23 | 03-01-02 | DEPOSIT ITS FUNDS       | 3.00-   | 53.05   |
| 3AD575  | 22:18 | 03-02-02 | DEPOSIT ITS FUNDS       | 3.00-   | 50.05   |
| FEB02P  | 10:37 | 03-07-02 | PERFORMANCE PAY         | 7.92    | 57.97   |
| 3B4808  | 17:05 | 03-08-02 | DEPOSIT ITS FUNDS       | 7.00-   | 50.97   |
| 3B7009  | 22:30 | 03-09-02 | DEPOSIT ITS FUNDS       | 5.00-   | 45.97   |
| 3B8A53  | 23:06 | 03-10-02 | DEPOSIT ITS FUNDS       | 5.00-   | 40.97   |
| T09564  | 12:36 | 03-11-02 | MONEY ORDER             | 50.00   | 90.97   |
| T09658  | 13:08 | 03-11-02 | MONEY ORDER             | 50.00   | 140.97  |
| 3BE3CC  | 23:11 | 03-15-02 | DEPOSIT ITS FUNDS       | 1.00-   | 139.97  |
| 3BF92D  | 22:25 | 03-16-02 | DEPOSIT ITS FUNDS       | 1.00-   | 138.97  |
| 3C2971  | 21:41 | 03-19-02 | DEPOSIT ITS FUNDS       | 1.00-   | 137.97  |
| 000065  | 17:05 | 03-21-02 | SALE / REGULAR          | 51.85-  | 86.12   |
| T10551  | 13:48 | 03-25-02 | MONEY ORDER             | 100.00  | 186.12  |
| 3CF0F3  | 17:37 | 04-02-02 | DEPOSIT ITS FUNDS       | 6.00-   | 180.12  |
| 3CF9D8  | 22:12 | 04-02-02 | DEPOSIT ITS FUNDS       | 10.00-  | 170.12  |
| MAR02P  | 8:33  | 04-05-02 | PERFORMANCE PAY         | 5.76    | 175.88  |
| 3D37F9  | 22:32 | 04-05-02 | DEPOSIT ITS FUNDS       | 5.00-   | 170.88  |
| 000037  | 10:44 | 04-08-02 | SALE / REGULAR          | 42.30-  | 128.58  |
| 3D82AB  | 18:47 | 04-08-02 | DEPOSIT ITS FUNDS       | 8.00-   | 120.58  |
| 3DAD D5 | 21:14 | 04-10-02 | DEPOSIT ITS FUNDS       | 5.00-   | 115.58  |
| 3DCFD5  | 17:51 | 04-12-02 | DEPOSIT ITS FUNDS       | 5.00-   | 110.58  |

```
                          ACCOUNT
                         STATEMENT
        FCI ALLENWOOD*LIMITED OFFICIAL USE        DATE 05/16/02
        P. O. BOX 2500                            PAGE No. 03
        WHITE DEER, PA 17887
        717-547-7950


                                          Account # 39032053

             TUCKER, RONALD NMI
             3A


|INVOICE| TIME | DATE  | TRANSACTION DESCRIPTION | AMOUNT |||||||||||||||
  3DDA00 22:54  04-12-02 DEPOSIT ITS FUNDS          5.00-      105.58
  3DF26E 22:07  04-13-02 DEPOSIT ITS FUNDS          1.00-      104.58
  T11738 13:17  04-15-02 MONEY ORDER               50.00       154.58
  000064 17:57  04-15-02 SALE / REGULAR            58.00-       96.58
  3E337A 17:46  04-17-02 DEPOSIT ITS FUNDS          4.00-       92.58
  S20217  9:34  04-19-02 ENC. / SPECIAL ORDER      56.55-       92.58
  3E7482 11:56  04-21-02 DEPOSIT ITS FUNDS          1.00-       91.58
  CC2650  9:37  04-22-02 CASH                      12.00       103.58
  CC2652  9:37  04-22-02 CASH                      10.00       113.58
  000041 17:31  04-22-02 SALE / REGULAR            26.45-       87.13
  3EAE30 23:24  04-24-02 DEPOSIT ITS FUNDS          1.00-       86.13
  000035 17:29  04-29-02 SALE / REGULAR            12.80-       73.33
  S20217 12:17  05-01-02 ENC. / SPECIAL ORDER      56.55        73.33
  000048 12:17  05-01-02 SALE / REGULAR            56.55-       16.78
  3F09AF 17:39  05-01-02 DEPOSIT ITS FUNDS         10.00-        6.78
  3F1F0A 17:43  05-02-02 DEPOSIT ITS FUNDS          4.00-        2.78
  3F28E4 22:28  05-02-02 DEPOSIT ITS FUNDS          2.00-         .78
  APR02P  9:34  05-06-02 PERFORMANCE PAY           45.00        45.78
  T12889 11:54  05-06-02 MONEY ORDER               50.00        95.78
  000059 17:41  05-06-02 SALE / REGULAR            51.50-       44.28
  3F7489 18:14  05-06-02 DEPOSIT ITS FUNDS          9.00-       35.28
  3F7F5E 22:24  05-06-02 DEPOSIT ITS FUNDS          5.00-       30.28
  3FA0B0 17:14  05-08-02 DEPOSIT ITS FUNDS         10.00-       20.28
  3FBA61 19:21  05-09-02 DEPOSIT ITS FUNDS          5.00-       15.28
  T13268 11:40  05-10-02 MONEY ORDER               30.00        45.28
  3FF095  9:00  05-12-02 DEPOSIT ITS FUNDS          2.00-       43.28
  4001C4 17:28  05-12-02 DEPOSIT ITS FUNDS          4.00-       39.28
  T13426 13:35  05-13-02 MONEY ORDER               50.00        89.28
  000070 17:46  05-13-02 SALE / REGULAR            29.65-       59.63

                       **** TRANSACTION TOTAL ****  186.43-


 ------ENDING------AVAILABLE  ENCUMBRANCE  OUTSTANDING  SPECIAL   ACCOUNT
                   BALANCE      BALANCE      BALANCE    BALANCE   BALANCE
                    59.63         .00          .00        .00      59.63
```