*to financial
to ct*

OFFICE OF THE CLERK

**MARCIA M. WALDRON**    **UNITED STATES COURT OF APPEALS**    TELEPHONE
CLERK    FOR THE THIRD CIRCUIT    215-597-2995

~~ORIGINAL~~    21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

<u>  Middle District - Harrisburg  </u>  Clerk of District Court    Date <u> 05/29/02 </u>
(District)

<u> In Re: Ronald Tucker </u>    C. of A. No. <u> 02-2473 </u>
(Caption)

<u> Ronald Tucker </u>
(Petitioner)

<u> Related to M.D. PA No. 00-cv-01780 </u>

(D.C. No.)

**RECEIVED**
**MAY 31 2002**
PER ____
HARRISBURG, PA.    DEPUTY CLERK

Enclosures:

<u>    05/29/02    </u>    Certified copy of C. of A. order by the Clerk.
(Date)

<u>             </u>    Released (Record)

<u>   XXX   </u>    Copy of this form to acknowledge receipt and return to C. of A.

<u>             </u>    Record not released at this time until appeal(s) closed at No.(s) _____

<u>             </u>    Please forward Certified List in Lieu of Record to this office.

<u>             </u>    The certified copy of order issued as the mandate on _____
is recalled.

<u>    LaToya Corprew    </u>    (267)-299- <u> 4915 </u>
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)
                                                                        Rev. 3/13/00
Q    Appeals (Certified List in Lieu of Record)

N:\CASEMGMT\Release.wpd

ackn. 5/31/02 RB

**ORIGINAL**

*Hofinancial ...1 to ct*

85
6/3/02
PL

EPS-227                                               May 29, 2002
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-2473

In re: Tucker
(Related to M.D. Pa. No. 00-cv-01780)

To: Clerk

FILED
HARRISBURG, PA

MAY 31 2002

MARY E. ANDREA, CLERK
Per _____ Deputy Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion is granted.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*
Clerk

Dated: May 29, 2002

lwc/cc: Mr. Ronald Tucker
        Kate L. Mershimer, Esq.