UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TUCKER,                  :
                                :
        Petitioner              :   CIVIL NO. 1:CV-00-1780
                                :
    v.                          :   (Judge Kane)
                                :
MICHAEL ZENK, Warden, et al.,   :
                                :
        Respondents             :

## ORDER

**NOW, THEREFORE, THIS** 18th **DAY OF** June, 2002, for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas is denied.

2. The Clerk of Court is directed to close this case.

                                          _____
                                          YVETTE KANE
                                          United States District Judge

YK:dlb