ORIGINAL

28
RB6/28

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Ronald E. Tucker
    Petitioner-Appellant

v.

Michael Zenk, <u>et al</u>
    Respondent-Appellees

Civ. Dock. No. 1:00-CV-1780

FILED
HARRISBURG, PA

JUN 27 2002

MARY E. D'ANDREA, CLERK
Per _____ RB
    Deputy Clerk

**NOTICE OF APPEAL FROM THE MEMORANDUM AND ORDER
DENYING PETITION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. §2241**

    **Comes Now,** the Petitioner, Ronald E. Tucker, Pro Se, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Order, denying a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 entered in the above captioned case on June 18, 2002.

Respectfully Submitted,

/s/ Ronald Tucker
Ronald Tucker
Reg. No. 39032-053
F.C.I. Allenwood
P.O. Box 2000
Dated: June 24, 2002    White Deer, Pa 17887

## CERTIFICATE OF SERVICE

I, Ronald Tucker, hereby certify that a true and correct copy of the foregoing **Notice of Appeal** was placed in the institutional internal mail, with first class postage prepaid, on this 24th day of June 2002, to the following addresses:

Clerk of the Court for the
Middle District of Pennsylvania
The Honorable Judge Kane
United States Courthouse
228 Walnut Street
Harrisburg, PA 17108

Kate L. Mershimer, A.U.S.A.
U.S. Attorney's Office
Room 217, Federal Bldg.
228 Walnut Street
Harrisburg, PA 17108

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

/s/ *Ronald Tucker*
Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887

Dated: June 24th, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

**MARY E. D'ANDREA**
*Clerk of Court*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:
    USDC NO: 1:00-cv-1780
    USCA NO:
    E-mail Account: All correspondence should be sent to the e-mail account:
    PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

| | |
|---|---|
| __x__ | **Civil Prisoner Case:** Case file and docket sheet available through RACER.<br>Documents # 14 and 16 not scanned.  Please contact Scranton office if you need copies. |
| _____ | **Non-Prisoner *Pro Se* Civil Case:** Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:**  Notice of Appeal and Docket Sheet available through RACER. |
| _____ | **Civil Prisoner Case:** ___ Supplemental Record filed.  Documents and docket sheet available through RACER. |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** ____ Supplemental Record filed.  Docket Sheet available through RACER. |

    The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Renee M. Brtalik
Deputy Clerk

Date: __June 28, 2002__

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                    DISTRICT COURT NO. <u>1:00-cv-1780</u>

Ronald E. Tucker                                            CT. OF APPEALS NO. _____
    Vs
Michael Zenk, et al.

NOTICE OF APPEAL FILED                                      COURT REPORTER(S) _____

FILING FEE:

NOTICE OF APPEAL ___PAID  _X_ NOT PAID   ___SEAMAN

DOCKET FEE       ___PAID  _X_ NOT PAID   ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED <u>IN FORMA PAUPERIS</u> STATUS, IF APPLICABLE:
    (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
    (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING

COPIES TO:
Judge Kane
PRSLC Belisario
Ronald Tucker
Kate Mershimer, AUSA
File Copy

                                                      PREPARED BY _____Renee M. Brtalik_____
                                                                        Deputy Clerk

**Date: June 28, 2002**

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
Unit 3A

LEGAL MAIL

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7001 1111 0027 0060 0002

To: Clerk of the Court for the
Middle District of Pennsylvania
The Honorable Judge Yvette Kane
United States Courthouse
228 Walnut Street
Harrisburg, PA 17108







