Case 1:00-cv-01780-YK-EC   Document 29   Filed 06/28/2002   Page 1 of 1



## Return Receipt

| | |
|---|---|
| Your document: | 1:00-cv-1780 |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 06/28/2002 02:56:18 PM |

FILED
HARRISBURG, PA

JUN 2 8 2002

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk