OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4938

June 28, 2002

**FILED**
**HARRISBURG**
JUN 2 8 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**NOTICE OF DOCKETING OF APPEAL**

**Tucker**
v.
**Zenk**
**No.:00-cv-01780**

**Honorable Yvette Kane**

An appeal by **Ronald E. Tucker** was filed in the above-caption case on 6/27/02, and docketed in this Court on 6/28/02, at No. **02-2825**.

Kindly use the Appeals Docket No. **02-2825** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **LaToya Corprew** at latoya_corprew@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**