HPS-140                    **UNREPORTED - NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 02-2473

IN RE: RONALD TUCKER,
                    Petitioner

FILED
HARRISBURG, PA
SEP 2 4 2002
MARY E. D'ANDREA, CLERK
Per _____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 00-cv-1780)

Submitted Under Rule 21, Fed. R. App. Pro.
August 6, 2002
Before: BECKER, CHIEF JUDGE, WEIS AND GARTH, CIRCUIT JUDGES

(Filed: September 18, 2002)

OPINION

PER CURIAM

Pro se petitioner Ronald Tucker seeks a writ of mandamus directing the United States District Court for the Middle District of Pennsylvania to rule on his petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. Subsequent to the filing of this mandamus petition, the District Court entered an order on June 18, 2002, denying his habeas petition. Tucker subsequently filed a notice of appeal in this Court. Accordingly,

we will deny the mandamus petition as moot.

HPS-140

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 02-2473

IN RE: RONALD TUCKER,
                                Petitioner

**FILED**
HARRISBURG, PA
SEP 24 2002
MARY E. D'ANDREA, CLERK
Per _____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 00-cv-1780)

Submitted Under Rule 21, Fed. R. App. Pro.
August 6, 2002

Before: BECKER, CHIEF JUDGE, WEIS AND GARTH, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on a petition for writ of mandamus. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied.

All of the above in accordance with the Opinion of the Court.

ATTEST:

*Kathleen Brouwer*
Chief Deputy Clerk

DATED: September 18, 2002

A TRUE COPY:

*Kathleen Brouwer*
Kathleen Brouwer,
Chief Deputy Clerk

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4926

www.ca3.uscourts.gov

September 18, 2002

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA 17108

**RE: Docket No. 02-2473**
**In Re: Ronald Tucker**
**D. C. CIV. No. 00-cv-01780**

RECEIVED
SEP 24 2002
PER
HARRISBURG, PA

Dear Mrs. D'Andrea:

Enclosed herewith are copies of the following documents filed in the above-entitled case:

1. Opinion of the Court,
2. Certified copy of the Judgment denying the issuance of a writ of mandamus.

Please acknowledge receipt of the above documents on the enclosed copy of this form.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Carolyn Hicks
Case Manager

Enclosures