(32)
11/18/02

ORIGINAL

FILED
HARRISBURG, PA

NOV 1 2002

MARY E. D'ANDREA, CLERK
Per Deputy Clerk

Ronald Tucker 39032-0
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
November 8, 2002

Clerk of the Court for the
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
Harrisburg, PA 17108

In Re: Dock. No. 1:00-CV-1780

Tucker v. Zenk, et al

Dear Clerk,

I am the petitioner in the above captioned case. I am respectfully requesting for you to forward me a copy of the complete docket sheet in this case, as I need it for my pending appeal. The deadline to submit my appeal brief is December 10, 2002. Therefore I need a copy of this docket sheet immediately. I thank you for your assistance.

Sincerely,

Ronald Tucker

Ronald Tucker