OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:      (717) 221-3920
Williamsport:  (570) 323-6380

COPY 12/9/02 TS (33)

December 4, 2002

FILED
SCRANTON
DEC 4 2002
PER _____ TS _____
DEPUTY CLERK

Mr. Ronald Tucker
#39032-053
FCI-Allenwood
P.O. Box 2000
White Deer, PA 17887

Re:   <u>Tucker v. Zenk, et al.</u>, Civil No. 1:CV-00-1780

Dear Mr. Tucker:

I am writing in response to your recent letter regarding the case referenced above. Enclosed for your information is a current docket sheet. Although there is usually a $.50 per page charge for copies, this copy is being provided to you on this one occasion free of charge.

Sincerely,

Lois A. Fuller
Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosure