UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TUCKER,                    :
        PETITIONER               :
                                 :
                    **FILED**      NO. 1:CV-00-1780
                 HARRISBURG, PA    (JUDGE KANE)
        v.                       :
                 APR 28 2003
                                 :
MICHAEL ZENK,    MARY E. D'ANDREA, CLERK
        RESPONDENT.  Per _____ :
                                 :  **MOTION TO COMPEL DISCOVERY**

## MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 37

**COMES NOW,** Ronald Tucker, Movant, pro se, (hereinafter "movant") and duteously beseeches this Honorable Court to issue an Order pursuant to Federal Rules of Civil Procedure 37, and compel the respondent to make documents available to movant and this Court, for inspection and copying.

Movant currently has pending before this Court, a motion pursuant to Fed. Rules. Civ. P. 60(b). This 60(b) motion pertains to newly discovered evidence and fraud perpetrated upon the Court regarding the B.O.P.'s fraudulent statements of movant being removed from state custody pursuant to a writ of habeas corpus ad prosequendum.

On January 30, 2003, movant submitted to this Court and to the respondent, a request for production of documents along with an affidavit in support of his motion and a letter to the Court informing the Court of the improprieties of Bureau of Prison staff.

In a letter to movant, dated February 11, 2003 from the Assistant United States Attorney, Kate Mershimer, representing the respondent, the Assistant U.S. Attorney stated: "...the United States will not be responding to your Request for Production of Documents." The A.U.S.A. also stated:"[T]he respondents object to your discovery request as being improper and irrelevant."

Movant vehemently contends that the documents he requested in his "Request for Production of Documents" are relevant to the case at bar, so much as the Executive Assistant of FCI-Allenwood was willing to give said papers to movant in return for his withdrawal of a pending grievance against her.

Movant humbly and respectfully asks this Honorable Court to issue an Order to Compel the respondent to disclose said documents.

If the Court does not issue an Order compelling discovery, movant would beg this Court to take **judicial notice** of the fact that the documents described in movant's "Request for Production of Documents" do in fact exist, and in framing its decision of movant's pending Rule 60(b) motion, will sua sponte, recognize the existence of truth of the facts bearing on the controversy of whether or not a writ exists in the case at bar.

Whereby movant prays that this Motion to Compel Discovery be granted.

Respectfully Submitted,

## CERTIFICATE OF SERVICE

I certify that on February 13, 2003, I mailed a copy of this **MOTION TO COMPEL DISCOVERY** along with attachments, via first class mail to the following parties at the addresses listed below:

CLERK OF THE COURT
THE HONORABLE YVETTE KANE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108

KATE L. MERSHIMER ESQ.
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET, 2ND FL.
P.O. BOX 11754
HARRISBURG, PA 17108-1754

I certify that these documents were given to prison officials February 13, 2003 for forwarding to the above-listed addresses. I certify that the foregoing is true and correct. 28 U.S.C. §1746.

/s/ _Donald Frackle_

Dated: February 13, 2003

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0027 1130 1127

*RONALD TUCKER 39032 053 (3A)*

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here
FEB 19

Recipient's Name (Please Print Clearly) (to be completed by mailer)
*Kate F. Mershimer A.U.S.A. U.S. attorney*
Street, Apt. No.; or PO Box No.
*Office 228 Walnut St P.O. Box 11754*
City, State, ZIP+4
*Harrisburg PA 17108-1754*

PS Form 3800, February 2000      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KATE L. MERSHIMER ESQ.
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY S OFFICE
MIDDLE DISTRICT OF PA
228 WALNUT STREET 2ND FL.
P.O. BOX 11754
HARRISBURG, PA 17108-1754

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
FEB 19 2003

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7000 0600 0027 1130 1127

PS Form 3811, August 2001      Domestic Return Receipt      102595-01-M-2509

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0027 1130 1141

*Ronald Tucker 39032-053   (3A)*

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark Here   FEB 14 2003   USPS

Recipient's Name (Please Print Clearly) (to be completed by mailer)
*Clerk of Court (Honorable Yvette Kane)*
Street, Apt. No.; or PO Box No.
*U.S. District Court M.D. PA 228 Walnut St.*
City, State, ZIP+4
*Harrisburg, PA 17108*

PS Form 3800, February 2000          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**CLERK OF THE COURT**
**(THE HONORABLE YVETTE KANE)**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PA**
**228 WALNUT STREET**
**HARRISBURG, PA 17108**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery   FEB 19 2003

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7000 0600 0027 1130 1141

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-2509

RETURN RECEIPT
REQUESTED

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108

FILED
HARRISBURG
APR ~~ 2~
MARY E. D'ANDR~
Per ____

LEGAL MAIL

LEGAL MAIL

THE ENCLOSED LETTER WAS PROCE-
SSED THROUGH SPECIAL MAILING PROCEDURES FOR
FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A
PROBLEM OR QUESTION OVER WHICH THIS FACILITY
HAS JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER ENCLOSES
CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

ALLENWOOD FEDERAL CORRECTIONAL
White DEER, PA 17887

DATE ____