```
                                        Ronald E. Tucker 39032-053
                                        F.C.I. Allenwood
                                        P.O. Box 2000
                                        White Deer, PA 17887
                                        Unit #3A
                                        April 28, 2003
```

FILED SCRANTON MAY 01 2003 PER \_\_\_\_ DEPUTY CLERK

Mary E. D'Andrea
Clerk of the Court
William J. Nealon Federal Building
and U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

    IN RE: <u>Inquiry of Docketing of Papers to the Court</u> (1:00-CV-1780)

Dear Ms D'Andrea,

    On Thursday, April 24, 2003, I called the clerk of the court (717-221-3920) and inquired as to the status of my case that I have pending in the Middle District of Pennsylvania. I called twice. The first time I called, I spoke to an unknown male who told me that the last entry on my docket sheet [1:00-CV-1780] was for February 3, 2003. I told him that I had filed two other documents with the court since then. This unknown male assured me that there was no other entries on my docket subsequent to February 3, 2003.

    I then called again on this same day at approximately 3:00pm and spoke with a female by the name of "Rochelle"[ph]. Rochelle reiterated to me what the gentleman I had spoken to earlier had told me about there not being anything on my docket sheet after February 3, 2003. I explained to Rochelle that I received a letter from the Assistant United States Attorney dated February 11, 2003; I filed a motion to the court dated February 13, 2003; and I sent a certified letter with enclosures to the court on February 18, 2003. Rochelle told me there was no record of the aforementioned.

    I then told Rochelle that I have the Certified Receipts and Return Receipts from the motion I sent to the court on February 13, 2003, and I have the Certified Receipt from the letter I sent to the court on February 18, 2003.

    Rochelle then suggested that I send to the court, the certified receipts (copies) that I was referring to. I sent all of the aforementioned receipts to the court on April 24, 2003. I also included copies of all the documents that were originally sent with these receipts.

I would respectfully ask that you look into this matter of my court papers not being docketed when I send them to the court. I currently have a complaint against Bureau of Prison Officials (Docket No. 03-0393) in regards to the constant opening of my incoming legal mail outside of my presence, and I hesitate to say they (BOP) are responsible. However, I wouldn't be surprised if they are.

My rights to meaningful and free access to the court are being impeded upon, and tampering with the mail is a criminal offense. It is for these reasons that I am bringing this matter to your attention. I pray that this matter can be resolved.

Sincerely,

*Ronald E. Tucker*
Ronald E. Tucker

P.S. I would ask that any response from your office, please include a special mail legend on the front of the envelope stating "legal mail-open only in the presence of inmate" or some similar language. Thank you

cc: The Honorable Yvette Kane
    United States District Court
    Middle District of Pennsylvania
    228 Walnut Street
    Harrisburg, Pa 17887

    Chief Executive Officer
    Postmaster General
    White Deer, PA 17887

RONALD E. TUCKER 39032-053
F.C.I. ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887
UNIT #3A



7004 0750 0001 8778 4084

CERTIFIED MAIL

TO: MARY E. D'ANDREA
CLERK OF THE COURT
WILLIAM J. NEALON FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
235 N. WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PENNSYLVANIA 18501

ATTN: MARY E. D'ANDREA

LEGAL MAIL