Ronald E. Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
Unit #3A
April 28, 2003

**FILED**
HARRISBURG, PA

APR 30 2003

MARY E. D'ANDREA, CL
Per _____

Mary E. D'Andrea
Clerk of the Court
William J. Nealon Federal Building
and U.S. Courthouse
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

        IN RE: Inquiry of Docketing of Papers to the Court (1:00-CV-1780)


Dear Ms D'Andrea,

        On Thursday, April 24, 2003, I called the clerk of the court (717-221-3920)
and inquired as to the status of my case that I have pending in the Middle
District of Pennsylvania. I called twice. The first time I called, I spoke
to an unknown male who told me that the last entry on my docket sheet [1:00-CV-1780]
was for February 3, 2003. I told him that I had filed two other documents
with the court since then. This unknown male assured me that there was
no other entries on my docket subsequent to February 3, 2003.

        I then called again on this same day at approximately 3:00pm and
spoke with a female by the name of "Rochelle"[ph].  Rochelle reiterated
to me what the gentleman I had spoken to earlier had told me about there
not being anything on my docket sheet after February 3, 2003. I explained
to Rochelle that I received a letter from the Assistant United States Attorney
dated February 11, 2003; I filed a motion to the court dated February 13,
2003; and I sent a certified letter with enclosures to the court on February
18, 2003. Rochelle told me there was no record of the aforementioned.

        I then told Rochelle that I have the Certified Receipts and Return
Receipts from the motion I sent to the court on February 13, 2003, and
I have the Certified Receipt from the letter I sent to the court on February
18, 2003.

        Rochelle then suggested that I send to the court, the certified receipts
(copies) that I was referring to. I sent all of the aforementioned receipts
to the court on April 24, 2003. I also included copies of all the documents
that were originally sent with these receipts.

I would respectfully ask that you look into this matter of my court papers not being docketed when I send them to the court. I currently have a complaint against Bureau of Prison Officials (Docket No. 03-0393) in regards to the constant opening of my incoming legal mail outside of my presence, and I hesitate to say they (BOP) are responsible. However, I wouldn't be surprised if they are.

My rights to meaningful and free access to the court are being impeded upon, and tampering with the mail is a criminal offense. It is for these reasons that I am bringing this matter to your attention. I pray that this matter can be resolved.

ERK

Sincerely,

Ronald E. Tucker

P.S. I would ask that any response from your office, please include a special mail legend on the front of the envelope stating "legal mail-open only in the presence of inmate" or some similar language. Thank you

cc: The Honorable Yvette Kane
    United States District Court
    Middle District of Pennsylvania
    228 Walnut Street
    Harrisburg, Pa 17887

    Chief Executive Officer
    Postmaster General
    White Deer, PA 17887

-2-








RONALD E. TUCKER 39032-053
F.C.I. ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887
UNIT #3A

7002 0510 0000 8749 4411

CERTIFIED MAIL

TO: THE HONORABLE YVETTE KANE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108

LEGAL MAIL

17108#3901

FILED
HARRISBURG, PA

APR 30 2003

MARY E. D'ANDREA, CLERK
Per _____

LEGAL MAIL