

**MARY E. D'ANDREA**
*Clerk of Court*

*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*
*e-mail address: www.pamd.uscourts.gov*

# COPY

*Divisional Offices*

*Harrisburg:   (717) 221-3920*
*Williamsport:  (570) 323-6380*

May 9, 2003

Mr. Ronald E. Tucker
#39032-053
FCI-Allenwood
P.O. Box 2000
White Deer, PA 17887

      Re:  <u>Tucker v. Bureau of Prisons, et al.</u>,
           Civil No. 1:CV-00-1780

Dear Mr. Tucker:

    I am writing in response to your recent letter regarding the case referenced above.  Enclosed for your information is a current docket sheet.  Although there is usually a $.50 per page charge for copies, this copy is being provided to you on this one occasion free of charge.

                    Sincerely,

                    *Lois A. Fuller*

                    Lois A. Fuller
                    Pro Se Writ Clerk

laf
Enclosure