IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD TUCKER, | : | CIVIL NO. 1:CV-00-1780 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| MICHAEL ZENK, | : | |
| Respondent | : | |

**<u>ORDER</u>**

NOW, THEREFORE, THIS 16th DAY OF MAY, 2003, IT IS HEREBY ORDERED THAT the Petitioner's motion to compel discovery on his pending Fed.R.Civ.P. 60(b) motion (Doc. 42) is DENIED without prejudice to re-file the motion following disposition of his appeal which is presently pending in the Third Circuit.

   s/ Yvette Kane
YVETTE KANE
United States District Judge