**CERTIFIED MAIL RECEIPT NO.** *None to U*
7002 0510 0001 8775 3880

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
July 14, 2003

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, Pennsylvania 17108

**ORIGINAL**

1:00-CV-1780

FILED
HARRISBURG, PA
JUL 15 2003
MARY E. D'ANDREA
Per _____

RE: STATUS OF PENDING 60(b) MOTION

Dear Your Honor:

I am respectfully requesting the status of my 60(b) motion that is currently before you. This 60(b) motion pertains to newly discovered evidence and evidence of fraud perpetrated upon this Court by staff here at Allenwood Federal Correctional Institution.

I was under the impression that you had to rule on my 60(b) motion before the Third Circuit was allowed to hear my appeal. Could you please let me know if this is the case.

Also, I have recently sent you a letter which deals with my submissions to the court not being placed on the docket sheet. I have received no response from you in regards to such. Can you please look into this matter.

I thank you for your assistance in this matter.

Sincerely,

*Ronald Tucker*

Ronald Tucker

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
Unit #3A

LEGAL MAIL

FILED
HARRISBURG, PA
JUL 15 2003
MARY E. D'ANDREA, CLERK
Per _____

To: Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, Pennsylvania 17108



CERTIFIED MAIL
7002 0510 0001 8775 3880