OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

*for the*

MIDDLE DISTRICT of PENNSYLVANIA

*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

July 17, 2003

Mr. Ronald Tucker
39032-053
FCI-ALLENWOOD
P.O. Box 2000
White Deer, PA 17887

RE: Tucker v. Zenk 1:CV-00-1780

Dear Mr. Tucker:

Your letter to the Clerk of Court, filed on July 15, 2003, in regard to the above matter has been referred to the undersigned for response. In your letter you request to be advised of the status of your Rule 60(b) motion. Please note that the district court is awaiting a decision from the Third Circuit Court of Appeals prior to ruling on this motion.

You also state that you recently sent a letter regarding submissions to the Court not being placed on the docket sheet and that you have received no response to that letter. The docket sheet indicates that you filed two letters, one on April 30, 2003, and the other on May 1, 2003. On May 14, 2003, a letter from the Pro Se Writ Clerk along with a copy of the docket sheet was forwarded to you at the above address. However, an updated docket sheet is enclosed for your information.

Thank you for your inquiry.

Sincerely,

Erin B. Castanzo
Pro Se Law Clerk