**ORIGINAL**

Ronald Tucker 39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA 17887
Unit #3A
August 26, 2003

Clerk of the Court
United States District Court
Middle District of Pennsylvania
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

RE: <u>Pending 60(b) Motion</u>        CV-00-1780

FILED
HARRISBURG, PA

AUG 29 2003

MARY E. D'ANDREA, CLERK
Per _____

Dear Your Honor,

    Please accept the enclosed letter from the Deputy Commissioner of the New York State Department of Correctional Services, as further proof that I was released from Fulton Correctional Institutional to the Federal authorities on January 23, 1992 and there was no writ involved.

    New York State authorities relinquished custody of me over to the Federal authorities in January 1992. I pray that this letter will be of some assistance in helping you to decide my pending 60(b) motion that is currently before you.

Respectfully Submitted,

*Ronald Tucker*

Ronald Tucker

cc: Kate L. Mershimer, AUSA



STATE OF NEW YORK

DEPARTMENT OF CORRECTIONAL SERVICES

THE HARRIMAN STATE CAMPUS

1220 WASHINGTON AVENUE

ALBANY, N.Y. 12226-2050

(518) 457-4951

FAX (518) 457-7555*
*Not for service of papers.

**GLENN S. GOORD**
COMMISSIONER

**ANTHONY J. ANNUCCI**
DEPUTY COMMISSIONER and COUNSEL

August 19, 2003

Mr. Ronald E. Tucker
39032-053
F.C.I. Allenwood
P.O. Box 2000
White Deer, PA   17887

Dear Mr. Tucker:

    Commissioner Goord has asked me to respond to your letter to him regarding being taken into custody by the Federal government following your term of incarceration with New York State.

    Please be advised that I have reviewed this matter and there is nothing in your computerized data that is readily available to me to indicate why this occurred. Our records show that you were released from Fulton Correctional Facility in 1992.

    It appears from your letter that you copied a large number of people with your letter to Commissioner Goord. I hope that you can get a satisfactory response from some one.

Very truly yours,

Anthony J. Annucci
Deputy Commissioner
and Counsel

AJA\amr\8

RONALD TUCKER 39032-053
F.C.I. ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887
UNIT #3A

LEGAL MAIL

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108



HARRISBURG PA 17107
27 AUG PM 2003

FILED
HARRISBURG, PA
AUG 29 2003
MARY E. D'ANDREA, CLERK
Per _____