from: Ronald Tucker 39032-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New 11232

ORIGINAL
None to cr

TO : Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108

FILED
HARRISBURG, PA

SEP 1 8 2003

MARY E. D'ANDREA, CLERK
Per _____ J.KCane
Deputy Clerk

RE: <u>Notice of Change of Address</u>

1:00-CV-1780 pending 60(b) Motion

Dear Clerk,

    I am writing this letter to make the Court aware that I am no longer at F.C.I. Allenwood. I have been redesignated to a prison in West Virginia, but I have yet to arrive there yet. Instead, I am currently located at the above-mentioned address. I do not know how long I will be at this address, but I will notify the Court once I get to my final destination. I trust this will clarify any discrepancies in mailing. The last thing I received on this Docket was a denial of my request for production of documents.

Sincerely,

*Ronald Tucker*

Ronald Tucker



RONALD TUCKER 39032-053
M.D.C. BROOKLYN
P.O. BOX 329002
BROOKLYN, N.Y. 11232

FILED
HARRISBURG, PA
SEP 1 8 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

LEGAL MAIL

TO: CLERK OF THE COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108