UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 02-2825

RONALD TUCKER,
Appellant

v.

MICHAEL ZENK, Warden; BUREAU OF PRISONS;
US ATTORNEY GENERAL;
US MARSHAL SERVICE

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-01780)
District Judge: Honorable Yvette Kane

Submitted Under Third Circuit LAR 34.1(a)
March 5, 2003

Before: ROTH, MCKEE, AND AMBRO, CIRCUIT JUDGES

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered June 18, 2002, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

*Kathleen Brunner* (signature)
Chief Deputy Clerk

DATED: July 30, 2003

Certified as a true copy and issued in
lieu of a formal mandate on September 24, 2003.

Teste:   *Marcia M. Waldron* (signature)

Clerk, United States Court of Appeals
for the Third Circuit