IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD TUCKER, | : | CIVIL NO. 1:CV-00-1780 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| MICHAEL ZENK, | : | |
| Respondent | : | |

## **ORDER**

NOW, THEREFORE, THIS 30th DAY OF SEPTEMBER, 2003, IT IS HEREBY ORDERED THAT the Petitioner's "Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(2) and (3)" (Doc. 34) and "Motion For an Order Compelling Disclosure or Discovery Pursuant to Federal Rules of Civil Procedure Rule 37" (Doc. 39) are DENIED based upon the United States Court of Appeals Judgment affirming the judgment of this Court entered on June 18, 2002.

                                                                       s/Yvette Kane
                                                                       YVETTE KANE
                                                                       United States District Judge