Ronald Edward Tucker   39032-053
Federal Correctional Institution Gilmer
Post Office Box 6000
Glenville, West Virginia 26351
October 16, 2003


Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108


RE: Tucker v. Farley 1:CV-03-0393

<u>Tucker v. Zenk, 1:00-CV-1780</u>


Dear Clerk,

I am writing this letter to inform the court of my change of address. My current address is:

> Federal Correctional Institution Gilmer
> Post Office Box 6000
> Glenville, West Virginia 26351

Please forward all correspondence to the above mentioned address as I have not been at the Allenwood address since September 8, 2003. Thank you very much

Sincerely,
Ronald Tucker

*/s/ Ronald Tucker*

cc: Kate L. Mershimer, A.U.S.A.
    G. Michael Thiel, A.U.S.A.