IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Ronald Edward Tucker,
   Petitioner

v.

Michael Zenk
 Respondent.

Civil No. 1:00-CV-1780

(Kane, J.)

NOTICE OF APPEAL

FILED
HARRISBURG, PA
OCT 21 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## NOTICE OF APPEAL

Comes Now, the Petitioner, Ronald Edward Tucker and hereby gives notice of his intention to appeal the decision of this District Court in denying his Motion for Relief from Judgment pursuant to Federal Rules of Civil Procedure 60(b) (2) and (3) and petitioner also seeks to appeal the denial of his motion to compel documents in this case. Petitioner is currently in transit and does not have all of his necessary legal papers in order to give the correct dates of the Judge's orders.

Ronald Edward Tucker 39032-053
Federal Correctional Institution Gilmer
P.O. Box 6000
Glenville, West Virginia 26351

Dated October 16, 2003

*Ronald Tucker*



FILED
HARRISBURG, PA

OCT 21 2003

MARY E. D'ANDREA, CLERK
Per _____ S/D



Ronald Edward Tucker 39032-053
Federal Correctional Instituion Gilmer
P.O. Box 6000
Glenville, West Virginia 26351

2003 OCT 17 AM 7 41

Clerk of the Court
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108

Legal Mail