UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 03-4161

RONALD TUCKER,
Appellant

v.

MICHAEL A. ZENK; BUREAU OF
PRISONS; US ATTORNEY; US
MARSHALL SERVICE

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-01780)
District Judge: Honorable Yvette Kane

Submitted Under Third Circuit LAR 34.1(a)
JULY 8, 2004

BEFORE: FUENTES, ALDISERT, AND ROSENN, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the order of the District Court entered September 30, 2003, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

Kathleen Brouwer
Acting Clerk

DATED: July 27, 2004

Page 2

Tucker v. Zenk, et al
No. 03-4161

Certified as a true copy and issued in lieu
of a formal mandate on September 7, 2004

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit