UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 03-4161

RONALD TUCKER,
Appellant

v.

MICHAEL A. ZENK; BUREAU OF
PRISONS; US ATTORNEY; US
MARSHALL SERVICE

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 00-cv-01780)
District Judge: Honorable Yvette Kane

Submitted Under Third Circuit LAR 34.1(a)
JULY 8, 2004

BEFORE: FUENTES, ALDISERT, AND ROSENN, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the order of the District Court entered September 30, 2003, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

Kathleen Brunner
Acting Clerk

DATED: July 27, 2004

Page 2

Tucker v. Zenk, et al
No. 03-4161

Certified as a true copy and issued in lieu
of a formal mandate on September 7, 2004

Teste: *Marcia M. Waldron*

Clerk, United States Court of Appeals
for the Third Circuit

OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| **Marcia M. Waldron**<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4918 |

www.ca3.uscourts.gov

September 7, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108


**RE: Docket No. 03-4161**
     **Tucker   vs.  Zenk**
     **D.C. No. 00-cv-01780**


Dear Mrs. D'Andrea:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.




                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                        By: *Phyllis Ruffin*
                            Phyllis Ruffin
                            Case Manager



Enclosure

cc:
      Ronald Tucker #39032-053
      Kate L. Mershimer, Esq.